Emmett TAYLOR, III, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 660, 2015

Supreme Court of Delaware.

Submitted: June 8, 2016

Decided: June 28, 2016

Reargument Denied August 10, 2016

Court Below—Superior Court of the State of Delaware, ID. No. 0708020057.

AFFIRMED.

Wesley J. FISHER, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 326, 2015

Supreme Court of Delaware.

Submitted: May 20, 2016

Decided: July 19, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1110018244.

AFFIRMED.

Oneil A. ROSE, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 147, 2016

Supreme Court of Delaware.

Submitted: July 11, 2016

Decided: July 20, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID 1206001558.

DISMISSED.

Marcus HENDERSON, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 95, 2016

Supreme Court of Delaware.

Submitted: July 8, 2016

Decided: July 20, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID 1601006965.

AFFIRMED.